SCHEDULE I
to Assignment Agreement

1. Description and Date of Loan Agreement:

   Loan and Security Agreement dated as of September __, 2006, among BLACKHAWK AUTOMOTIVE PLASTICS, INC., a Delaware corporation, LASALLE BUSINESS CREDIT, LLC, as agent ("**Agent**"), and each lender from time to time a party thereto.

2. Date of Assignment Agreement: _____, 200__.

3. Amounts to be Assigned (As of Date of Item 2 above):

|  | Revolving Loan Commitment | Term Loan A Commitment | Term Loan B Commitment |
|---|---|---|---|
| Total of Commitments (Loans) Under the Loan Agreement | $_____ | $_____ | $_____ |
| Assignees Percentage of Each Facility Purchased under the Assignment Agreement | ___% | ___% | ___% |
| Amount of Assigned Share of Each Facility Under the Assignment Agreement | $_____ | $_____ | $_____ |

4. Assignee's Aggregate (Loan Amount)/(Commitment Amount) Purchased Hereunder: $_____

5. Proposed Effective Date: _____, _____

Accepted and Agreed:

[NAME OF ASSIGNOR]                              [NAME OF ASSIGNEE]

By:_____                       By:_____
Name:_____                       Name:_____
Title:_____                       Title:_____

Attachment to SCHEDULE 1 to ASSIGNMENT AGREEMENT

Attach Assignor's Administrative Information Sheet, which must include notice address for the Assignor and the Assignee

All notices to Assignee in connection with the Loan Agreement shall be sent to:

_____
_____
_____
_____

Wire Transfer instructions for the Assignee are as follows:

_____
ABA # _____
Acct. No. _____
Credit to: _____

APPENDIX I
to Assignment Agreement

NOTICE
OF ASSIGNMENT

_____, _____

To:

Agent:
LaSalle Business Credit, LLC ("Agent")
2600 West Big Beaver
Mail Code: MO 900-345
Troy, Michigan 48084

Attention: William J. Stewart
           First Vice President
Tel: 248-822-5854
Fax: 248-822-5809
william.stewart@abnamro.com

Borrower:
Blackhawk Automotive Plastics, Inc.
800 Pennsylvania Avenue
Salem, OH  44460

Attention: Michael W. Martell, CFO
Tel: 330-332-6421
Fax: 330-332-6568
mwmartel@blackhawkplastics.com

From: [NAME OF ASSIGNOR] (the "Assignor")
      [NAME OF ASSIGNEE] (the "Assignee")

1.  We refer to that Loan and Security Agreement (the "Loan Agreement") described in Item 1 of Schedule 1 attached hereto ("Schedule 1"). Capitalized terms used herein and not otherwise defined herein shall have the meanings attributed to them in the Loan Agreement.

2.  This Notice of Assignment (this "Notice") is given and delivered to the Borrower and the Agent pursuant to Section 20 of the Loan Agreement.

3.  The Assignor and the Assignee have entered into an Assignment Agreement, dated as of _____, 200\_\_ (the "Assignment"), pursuant to which, among other things, the Assignor has sold, assigned, delegated and transferred to the Assignee, and the Assignee has purchased, accepted and assumed from the Assignor the percentage interest specified in Item 3 of Schedule 1 of all outstandings, rights and obligations under the Loan Agreement relating to the facilities listed in Item 3 of Schedule 1. The Effective Date of the Assignment shall be the later of the date specified in Item 5 of Schedule 1 or two (2) Business Days (or such shorter period as agreed to by the Agent) after this Notice of Assignment and any consents and fees required by Section 20(c) of the Loan Agreement have been delivered to the Agent, provided that the Effective Date shall not occur if any condition precedent agreed to by the Assignor and the Assignee has not been satisfied.

4.  The Assignor and the Assignee hereby give to the Borrower and the Agent notice of the assignment and delegation referred to herein. The Assignor will confer with the Agent before the date specified in Item 5 of <u>Schedule 1</u> to determine if the Assignment Agreement will become effective on such date pursuant to <u>Section 3</u> hereof, and will confer with the Agent to determine the Effective Date pursuant to <u>Section 3</u> hereof if it occurs thereafter. The Assignor shall notify the Agent if the Assignment Agreement does not become effective on any proposed Effective Date as a result of the failure to satisfy the conditions precedent agreed to by the Assignor and the Assignee. At the request of the Agent, the Assignor will give the Agent written confirmation of the satisfaction of the conditions precedent.

5.  The Assignor or the Assignee shall pay to the Agent on or before the Effective Date the processing fee of $3,500 required by <u>Section 20</u> of the Loan Agreement.

6.  If Notes are outstanding on the Effective Date, the Assignor and the Assignee request and direct that the Agent prepare and cause the Borrower to execute and deliver new Notes or, as appropriate, replacements notes, to the Assignor and the Assignee. The Assignor and, if applicable, the Assignee each agree to deliver to the Agent the original Note received by it from Borrower upon its receipt of a new Note in the appropriate amount.

7.  The Assignee advises the Agent that notice and payment instructions are set forth in the attachment to <u>Schedule 1</u>.

8.  The Assignee hereby represents and warrants that none of the funds, monies, assets or other consideration being used to make the purchase pursuant to the Assignment are "plan assets" as defined under ERISA and that its rights, benefits, and interests in and under the Loan Agreement and the Other Agreement (collectively, the "Loan Documents") will not be "plan assets" under ERISA.

9.  The Assignee authorizes the Agent to act as its agent under the Loan Documents in accordance with the terms thereof. The Assignee acknowledges that the Agent has no duty to supply information with respect to any Borrower or the Loan Documents to the Assignee until the Assignee becomes a party to the Loan Agreement.

*[SIGNATURE PAGES FOLLOW]*

| [NAME OF ASSIGNOR] | [NAME OF ASSIGNEE] |
|---|---|
| By:_____ | By:_____ |
| Name:_____ | Name:_____ |
| Title:_____ | Title:_____ |

Case 1:07-cv-06438   Document 1-5   Filed 11/13/2007   Page 5 of 20

ACKNOWLEDGED AND CONSENTED
TO:

LASALLE BUSINESS CREDIT, LLC, as
Agent

By:_____
Name:_____
Title:_____

BORROWER:

BLACKHAWK AUTOMOTIVE PLASTICS, INC.

By:_____
Name:_____
Title:_____

[Attach photocopy of Schedule 1 to Assignment]

## SCHEDULE 1

### PERMITTED LIENS

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Ameritech Credit Corporation | 10670633 | 07/11/01 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing |
| *amendment | 21221997 | 04/26/02 | Restated collateral description. All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing |
| Citicorp Vendor Finance, Inc. | 10803382 | 07/26/01 | All leased equipment, together with all accessions, additions... etc., including all proceeds and insurance proceeds. |
| -continuation | 61732064 | 5/23/06 | |
| Ameritech Credit Corporation | 20755938 | 03/06/02 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| *amendment | 21039340 | 04/05/02 | Restated collateral description. All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing |
| Ameritech Credit Corporation | 20755995 | 03/06/02 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| *amendment | 21039381 | 04/05/02 | Restated collateral description. All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing |
| Ameritech Credit Corporation | 20756035 | 03/06/02 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| *amendment | 21039423 | 04/05/02 | Restated collateral description. All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing |
| Ameritech Credit Corporation | 22179871 | 08/23/02 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| Ameritech Credit Corporation | 23048224 | 12/06/02 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| Ameritech Credit Corporation | 23048364 | 12/06/02 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Ameritech Credit Corporation | 23048547 | 12/06/02 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| D.L. Peterson Trust | 30738529 | 03/13/03 | Specific equipment. *Precautionary filing. |
| D.L. Peterson Trust | 32002775 | 07/14/03 | Specific equipment. *Precautionary filing. |
| Ameritech Credit Corporation | 32708397 | 10/16/03 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| Bank One, NA | 32830845 | 10/28/03 | All accounts receivable which arise out of the sale of goods and services to Johnson Controls, Inc., and all proceeds and other rights with respect to such accounts receivable pursuant to the Receivables Purchase Agreement. *Filed for informational purposes. |
| *amendment | 54032224 | 12/28/05 | Amended Secured Party name to JPMorgan Chase Bank, National Association. |
| Ameritech Credit Corporation | 42822130 | 10/07/04 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| Commercial Tool & Die, Inc. | 50540105 | 02/17/05 | Specific equipment. |
| Commercial Tool & Die, Inc. | 50540279 | 02/17/05 | Specific equipment. |
| Commercial Tool & Die, Inc. | 50540329 | 02/17/05 | Specific equipment. |
| Commercial Tool & Die, Inc. | 50540386 | 02/17/05 | Specific equipment. |
| Commercial Tool & Die, Inc. | 50540535 | 02/17/05 | Specific equipment. |

Schedule 1
Page 3

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Mico-Matic Tool, Inc. | 51233338 | 04/21/05 | All molds and tools produced by Secured Party for the Debtor until Secured Party is paid in full. This lien is perfected and has priority over any other lien, by Ohio law. Any mold or work in progress for any mold requested by the Debtor is subject to this perfected statutory lien in favor of Secured Party. |
| Sky-Tek, L.L.C. | 51926055 | 06/23/05 | Specific equipment. *Filed in connection with an agricultural lien. |
| Sky-Tek, L.L.C. | 51928085 | 06/23/05 | Specific equipment. *Filed in connection with an agricultural lien. |
| Sky-Tek, L.L.C. | 51929489 | 06/23/05 | Specific equipment. *Filed in connection with an agricultural lien. |
| Sky-Tek, L.L.C. | 51929745 | 06/23/05 | Specific equipment. *Filed in connection with an agricultural lien. |
| Ameritech Credit Corporation | 53363190 | 10/28/05 | *in-lieu filing for Columbiana, Ohio |
| Ameritech Credit Corporation | 53368694 | 10/28/05 | *in-lieu filing for Columbiana, Ohio |
| Ameritech Credit Corporation | 60717538 | 3/1/06 | *in-lieu filing for Michigan SOS |
| *amendment | 62948701 | 08/23/06 | Amended Secured Party name to AT&T Capital Services, Inc. |
| Ameritech Credit Corporation | 61533058 | 5/5/06 | *in-lieu filing for Ohio SOS |
| -amendment | 62949253 | 8/23/06 | Amended Secured Party name to AT&T Capital Services, Inc. |
| PME Companies, Inc. | 61618131 | 5/12/06 | Specific equipment |

Schedule 1
Page 4

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Branson Ultrasonics Corporation | 62043271 | 6/15/06 | Specific equipment |
| Citicorp Vendor Finance Inc. | AP300053 | 12/08/00 | Specific equipment. |
| *continuation | 20053420762 | 12/08/05 | |
| Ameritech Credit Corporation | AP292522 | 11/15/00 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| Ameritech Credit Corporation | AP297763 | 12/4/00 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| MHI Injection Molding Machinery, Inc. | AP307070 | 01/12/01 | Specific equipment. *Filed for informational purposes only |
| MHI Injection Molding Machinery, Inc. | AP313549 | 02/07/01 | Specific equipment. *Filed for informational purposes only |
| Ameritech Credit Corporation | OH00078516853 | 06/17/04 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| Active Mould & Design Ltd. | OH00088309311 | 04/13/05 | Specific equipment. |
| Reko Tool & Mould (1987) Inc | OH00088426864 | 04/19/05 | Specific equipment. |
| Yushin America, Inc. | OH00090528480 | 06/17/05 | Specific equipment. |
| Active Mould & Design Ltd. | OH00092635388 | 08/25/05 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00097363316 | 01/03/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00097759749 | 01/13/06 | Specific equipment. |
| Active Mould & Design, Ltd. | OH00104586590 | 7/19/06 | Specific equipment. |
| AB Automation | OH00104586712 | 7/19/06 | Specific equipment. |
| Automotive Gauge & Fixture Limited | OH00104587168 | 7/19/06 | Specific equipment. |
| Active Mould & Design Ltd. | OH00099077684 | 02/24/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00099116406 | 2/27/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00098235295 | 1/30/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00098483240 | 2/6/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00098996015 | 2/21/06 | Specific equipment. |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Mattson Tool & Die Corp. | OH00103962678 | 6/30/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00105904092 | 8/25/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00106220780 | 9/5/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00104998896 | 7/31/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00098006583 | 1/23/06 | Specific equipment. |
| PME Companies, Inc. | OH00102047829 | 5/12/06 | Specific equipment. |
| Ameritech Credit Corporation | AP342765 | 06/06/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 45738 | 11/16/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 45896 | 12/05/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 47341 | 6/11/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| MHI Injection Molding Machinery, Inc. | 40410 | 2/7/01 | Specific equipment *Filed for informational purposes only |
| Ameritech Credit Corporation | 40661 | 6/8/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 66504 | 11/16/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Ameritech Credit Corporation | 67889 | 6/8/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Citicorp Vendor Finance, Inc. | D728206 | 01/02/01 | Specific equipment. |
| *continuation | 2005222095-9 | 12/28/05 | |
| Ameritech Credit Corp. | D761359 | 04/09/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corp. | D786268 | 06/15/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Commercial Tool & Die, Inc. | 2004078175-1 | 04/16/04 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. -- Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032193-7 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. -- Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032194-9 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. -- Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032195-1 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. -- Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032196-3 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. -- Moldbuilder's lien? |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Commercial Tool & Die, Inc. | 2005032197-5 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Sky-Tek, LLC | 2005044822-6 | 03/11/05 | Specific equipment. |
| Sky-Tek, LLC | 2005044823-8 | 03/11/05 | Specific equipment. |
| Sky-Tek, LLC | 2005044824-0 | 03/11/05 | Specific equipment. |
| Special Tool & Engineering | 2005124578-4 | 07/13/05 | Specific equipment. |
| *amendment | 2005163589-4 | 09/19/05 | Deleted certain specific equipment. |
| Special Tool & Engineering, Inc. | 2005135162-6 | 07/29/05 | Specific equipment. |
| Reko Tool & Mould (1987) Inc. | 2005137679-3 | 08/02/05 | Specific equipment. *Filed in accordance with the Moldbuilders lien. |
| Kimastle Corporation | 2005193021-8 | 11/07/05 | Specific equipment. |
| Kimastle Corporation | 2005193022-0 | 11/07/05 | Specific equipment. |
| Kimastle Corporation | 2005193023-2 | 11/07/05 | Specific equipment. |
| Kimastle Corporation | 2005193024-4 | 11/07/05 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2005202122-4 | 11/22/05 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2006006529-0 | 01/10/06 | Specific equipment. |
| PME Companies, Inc. | 2006089421-1 | 5/16/06 | Specific equipment. |
| Special Tool & Engineering, Inc. | 20060106489-5 | 6/14/06 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2006125958-3 | 7/19/06 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2006136846-9 | 8/8/06 | Specific equipment. |

SCHEDULE 11(c)

LOANS

Advances to Tier e Automotive Group for inter-company tax allocation

SCHEDULE 11(g)

LITIGATION

NONE.

## SCHEDULE 11(i)

## AFFILIATE TRANSACTIONS

Management Services Agreement, dated as of May 27, 1999, by and between Borrower and Blue Point Capital Partners (fka Key Equity Capital Corporation.)

Borrower purchases certain plastic parts from Nescor Plastics in arms-length transactions in the ordinary course of business. Nescor Plastics is 49% owned by Borrower's parent, Tier e Automotive Group, Inc.

SCHEDULE 11(j)

NAMES

Worthington Custom Plastics, Inc

## SCHEDULE 11(n)

## INDEBTEDNESS

| Item Purchased | Creditor | Balance as of 9/30/06 | Type |
|---|---|---|---|
| 2004 Buick Ranier | GMAC | $2,263.09 | Installment loan |
| 2004 Nissan Murano | Nissan Credit Corp | $1,921.68 | Installment loan |
| Injection Molding Machines | MHI Injection Molding Machinery, Inc. | $193,636.16 | Installment loan |
| 2004 Chevrolet Silverado | GMAC | $15,808.89 | Installment loan |
| Implementation costs for upgrade to ADP Payroll system | ADP Commercial Leasing, LLC | $88,546.43 | Installment Loan |