| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Ameritech Credit Corporation | 23048547 | 12/06/02 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| D.L. Peterson Trust | 30738529 | 03/13/03 | Specific equipment. *Precautionary filing. |
| D.L. Peterson Trust | 32002775 | 07/14/03 | Specific equipment. *Precautionary filing. |
| Ameritech Credit Corporation | 32708397 | 10/16/03 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Bank One, NA | 32830845 | 10/28/03 | All accounts receivable which arise out of the sale of goods and services to Johnson Controls, Inc., and all proceeds and other rights with respect to such accounts receivable pursuant to the Receivables Purchase Agreement. *Filed for informational purposes. |
| *amendment | 54032224 | 12/28/05 | Amended Secured Party name to JPMorgan Chase Bank, National Association. |
| Ameritech Credit Corporation | 42822130 | 10/07/04 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Commercial Tool & Die, Inc. | 50540105 | 02/17/05 | Specific equipment. |
| Commercial Tool & Die, Inc. | 50540279 | 02/17/05 | Specific equipment. |
| Commercial Tool & Die, Inc. | 50540329 | 02/17/05 | Specific equipment. |
| Commercial Tool & Die, Inc. | 50540386 | 02/17/05 | Specific equipment. |
| Commercial Tool & Die, Inc. | 50540535 | 02/17/05 | Specific equipment. |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Mico-Matic Tool, Inc. | 51233338 | 04/21/05 | All molds and tools produced by Secured Party for the Debtor until Secured Party is paid in full. This lien is perfected and has priority over any other lien, by Ohio law. Any mold or work in progress for any mold requested by the Debtor is subject to this perfected statutory lien in favor of Secured Party. |
| Sky-Tek, L.L.C. | 51926055 | 06/23/05 | Specific equipment. *Filed in connection with an agricultural lien. |
| Sky-Tek, L.L.C. | 51928085 | 06/23/05 | Specific equipment. *Filed in connection with an agricultural lien. |
| Sky-Tek, L.L.C. | 51929489 | 06/23/05 | Specific equipment. *Filed in connection with an agricultural lien. |
| Sky-Tek, L.L.C. | 51929745 | 06/23/05 | Specific equipment. *Filed in connection with an agricultural lien. |
| Ameritech Credit Corporation | 53363190 | 10/28/05 | *in-lieu filing for Columbiana, Ohio |
| Ameritech Credit Corporation | 53368694 | 10/28/05 | *in-lieu filing for Columbiana, Ohio |
| Ameritech Credit Corporation | 60717538 | 3/1/06 | *in-lieu filing for Michigan SOS |
| *amendment | 62948701 | 08/23/06 | Amended Secured Party name to AT&T Capital Services, Inc. |
| Ameritech Credit Corporation | 61533058 | 5/5/06 | *in-lieu filing for Ohio SOS |
| -amendment | 62949253 | 8/23/06 | Amended Secured Party name to AT&T Capital Services, Inc. |
| PME Companies, Inc. | 61618131 | 5/12/06 | Specific equipment |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Branson Ultrasonics Corporation | 62043271 | 6/15/06 | Specific equipment |
| Citicorp Vendor Finance Inc. *continuation* | AP300053 20053420762 | 12/08/00 12/08/05 | Specific equipment. |
| Ameritech Credit Corporation | AP292522 | 11/15/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | AP297763 | 12/4/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| MHI Injection Molding Machinery, Inc. | AP307070 | 01/12/01 | Specific equipment. *Filed for informational purposes only |
| MHI Injection Molding Machinery, Inc. | AP313549 | 02/07/01 | Specific equipment. *Filed for informational purposes only |
| Ameritech Credit Corporation | OH00078516853 | 06/17/04 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Active Mould & Design Ltd. | OH00088309311 | 04/13/05 | Specific equipment. |
| Reko Tool & Mould (1987) Inc | OH00088426864 | 04/19/05 | Specific equipment. |
| Yushin America, Inc. | OH00090528480 | 06/17/05 | Specific equipment. |
| Active Mould & Design Ltd. | OH00092635388 | 08/25/05 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00097363316 | 01/03/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00097759749 | 01/13/06 | Specific equipment. |
| Active Mould & Design, Ltd. | OH00104586590 | 7/19/06 | Specific equipment. |
| AB Automation | OH00104586712 | 7/19/06 | Specific equipment. |
| Automotive Gauge & Fixture Limited | OH00104587168 | 7/19/06 | Specific equipment. |
| Active Mould & Design Ltd. | OH00099077684 | 02/24/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00099116406 | 2/27/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00098235295 | 1/30/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00098483240 | 2/6/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00098996015 | 2/21/06 | Specific equipment. |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Mattson Tool & Die Corp. | OH00103962678 | 6/30/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00105904092 | 8/25/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00106220780 | 9/5/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00104998896 | 7/31/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00098006583 | 1/23/06 | Specific equipment. |
| PME Companies, Inc. | OH00102047829 | 5/12/06 | Specific equipment. |
| Ameritech Credit Corporation | AP342765 | 06/06/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 45738 | 11/16/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 45896 | 12/05/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 47341 | 6/11/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| MHI Injection Molding Machinery, Inc. | 40410 | 2/7/01 | Specific equipment *Filed for informational purposes only |
| Ameritech Credit Corporation | 40661 | 6/8/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 66504 | 11/16/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Ameritech Credit Corporation | 67889 | 6/8/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Citicorp Vendor Finance, Inc. | D728206 | 01/02/01 | Specific equipment. |
| *continuation | 2005222095-9 | 12/28/05 | |
| Ameritech Credit Corp. | D761359 | 04/09/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corp. | D786268 | 06/15/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Commercial Tool & Die, Inc. | 2004078175-1 | 04/16/04 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032193-7 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032194-9 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032195-1 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032196-3 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Commercial Tool & Die, Inc. | 2005032197-5 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. — Moldbuilder's lien? |
| Sky-Tek, LLC | 2005044822-6 | 03/11/05 | Specific equipment. |
| Sky-Tek, LLC | 2005044823-8 | 03/11/05 | Specific equipment. |
| Sky-Tek, LLC | 2005044824-0 | 03/11/05 | Specific equipment. |
| Special Tool & Engineering | 2005124578-4 | 07/13/05 | Specific equipment. |
| *amendment | 2005163589-4 | 09/19/05 | Deleted certain specific equipment. |
| Special Tool & Engineering, Inc. | 2005135162-6 | 07/29/05 | Specific equipment. |
| Reko Tool & Mould (1987) Inc. | 2005137679-3 | 08/02/05 | Specific equipment. *Filed in accordance with the Moldbuilders lien. |
| Kimastle Corporation | 2005193021-8 | 11/07/05 | Specific equipment. |
| Kimastle Corporation | 2005193022-0 | 11/07/05 | Specific equipment. |
| Kimastle Corporation | 2005193023-2 | 11/07/05 | Specific equipment. |
| Kimastle Corporation | 2005193024-4 | 11/07/05 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2005202122-4 | 11/22/05 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2006006529-0 | 01/10/06 | Specific equipment. |
| PME Companies, Inc. | 2006089421-1 | 5/16/06 | Specific equipment. |
| Special Tool & Engineering, Inc. | 20060106489-5 | 6/14/06 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2006125958-3 | 7/19/06 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2006136846-9 | 8/8/06 | Specific equipment. |

## SCHEDULE 11(c)

## LOANS

Advances to Tier e Automotive Group for inter-company tax allocation

## SCHEDULE 11(g)

## LITIGATION

NONE.

## SCHEDULE 11(i)

## AFFILIATE TRANSACTIONS

Management Services Agreement, dated as of May 27, 1999, by and between Borrower and Blue Point Capital Partners (fka Key Equity Capital Corporation.)

Borrower purchases certain plastic parts from Nescor Plastics in arms-length transactions in the ordinary course of business. Nescor Plastics is 49% owned by Borrower's parent, Tier e Automotive Group, Inc.

## SCHEDULE 11(j)

## NAMES

Worthington Custom Plastics, Inc

## SCHEDULE 11(n)

## INDEBTEDNESS

| Item Purchased | Creditor | Balance as of 9/30/06 | Type |
|---|---|---|---|
| 2004 Buick Ranier | GMAC | $2,263.09 | Installment loan |
| 2004 Nissan Murano | Nissan Credit Corp | $1,921.68 | Installment loan |
| Injection Molding Machines | MHI Injection Molding Machinery, Inc. | $193,636.16 | Installment loan |
| 2004 Chevrolet Silverado | GMAC | $15,808.89 | Installment loan |
| Implementation costs for upgrade to ADP Payroll system | ADP Commercial Leasing, LLC | $88,546.43 | Installment Loan |

## SCHEDULE 11(p)

## PARENT, SUBSIDIARIES AND AFFILIATES

Parent: 100% owned by Tier e Automotive Group, Inc. ("Tier e")

Subsidiary: BAP, LTD - essentially a shell company with no assets except a tax loss carryforward.

Management Services Agreement, dated as of May 27, 1999, by and between Borrower and Blue Point Capital Partners

Borrower purchases certain plastic parts from Nescor Plastics Corporation ("Nescor") in arms-length transactions in the ordinary course of business. Nescor is 49% owned by Borrower's parent, Tier e

SCHEDULE 14(f)

INVESTMENTS

NONE

# SCHEDULE 17(a)

## CLOSING DOCUMENT CHECKLIST

LASALLE BUSINESS CREDIT, LLC, as Agent
LOANS TO
BLACKHAWK AUTOMOTIVE PLASTICS, INC.

Closing Date: October 4, 2006

<u>CLOSING CHECKLIST</u>

I.   PARTIES

    A.   LaSalle Business Credit, LLC ("Agent")
        2600 West Big Beaver
        Mail Code: M0900-345
        Troy, MI 48084
        Attention: William J. Stewart, First Vice President
        Tel: 248-822-5854
        Fax: 248-822-5809
        E-mail Address: william.stewart@abnamro.com

    B.   Blackhawk Automotive Plastics, Inc. ("Borrower")
        800 Pennsylvania Avenue
        Salem, OH 44460
        Attn: Clifford W. Crowley
        Tel: 330-332-6344
        Fax: 330-332-6568
        E-mail Address: cwcroley@blackhawkplastics.com

II.  COUNSEL TO PARTIES

    A.   <u>Agent</u>:

        Vedder, Price, Kaufman & Kammholz, P.C. ("VP")
        222 North LaSalle Street, Suite 2600
        Chicago, Illinois 60601

        Attn: Matthew T. O'Connor
        (312) 609-7539 (Telephone)
        (312) 609-5005 (Facsimile)
        E-Mail Address: moconnor@vedderprice.com

        Attn: David P. Kaminski
        (312) 609-7873 (Telephone)
        (312) 609-5005 (Facsimile)
        E-Mail Address: dkaminski@vedderprice.com

1