07 C 6438

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Mattson Tool & Die Corp. | OH00103962678 | 6/30/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00105904092 | 8/25/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00106220780 | 9/5/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00104998896 | 7/31/06 | Specific equipment. |
| Mattson Tool & Die Corp. | OH00098006583 | 1/23/06 | Specific equipment. |
| PME Companies, Inc. | OH00102047829 | 5/12/06 | Specific equipment. |
| Ameritech Credit Corporation | AP342765 | 06/06/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 45738 | 11/16/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 45896 | 12/05/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 47341 | 6/11/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| MHI Injection Molding Machinery, Inc. | 40410 | 2/7/01 | Specific equipment *Filed for informational purposes only |
| Ameritech Credit Corporation | 40661 | 6/8/01 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |
| Ameritech Credit Corporation | 66504 | 11/16/00 | All telecommunications and data equipment, including telephones, modems, switchboards… etc. *Precautionary filing. |

JUDGE PALLMEYER
MAGISTRATE JUDGE BROWN

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Ameritech Credit Corporation | 67889 | 6/8/01 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| Citicorp Vendor Finance, Inc. | D728206 | 01/02/01 | Specific equipment. |
| *continuation* | 2005222095-9 | 12/28/05 | |
| Ameritech Credit Corp. | D761359 | 04/09/01 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| Ameritech Credit Corp. | D786268 | 06/15/01 | All telecommunications and data equipment, including telephones, modems, switchboards... etc. *Precautionary filing. |
| Commercial Tool & Die, Inc. | 2004078175-1 | 04/16/04 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032193-7 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032194-9 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032195-1 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Commercial Tool & Die, Inc. | 2005032196-3 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |

| Secured Party | Filing Number | Filing Date | Collateral |
|---|---|---|---|
| Commercial Tool & Die, Inc. | 2005032197-5 | 02/17/05 | Specific equipment. *Filed pursuant to Michigan Compiled Laws Sections 445.611 et. seq. – Moldbuilder's lien? |
| Sky-Tek, LLC | 2005044822-6 | 03/11/05 | Specific equipment. |
| Sky-Tek, LLC | 2005044823-8 | 03/11/05 | Specific equipment. |
| Sky-Tek, LLC | 2005044824-0 | 03/11/05 | Specific equipment. |
| Special Tool & Engineering | 2005124578-4 | 07/13/05 | Specific equipment. |
| *amendment* | 2005163589-4 | 09/19/05 | Deleted certain specific equipment. |
| Special Tool & Engineering, Inc. | 2005135162-6 | 07/29/05 | Specific equipment. |
| Reko Tool & Mould (1987) Inc. | 2005137679-3 | 08/02/05 | Specific equipment. *Filed in accordance with the Moldbuilders lien. |
| Kimastle Corporation | 2005193021-8 | 11/07/05 | Specific equipment. |
| Kimastle Corporation | 2005193022-0 | 11/07/05 | Specific equipment. |
| Kimastle Corporation | 2005193023-2 | 11/07/05 | Specific equipment. |
| Kimastle Corporation | 2005193024-4 | 11/07/05 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2005202122-4 | 11/22/05 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2006006529-0 | 01/10/06 | Specific equipment. |
| PME Companies, Inc. | 2006089421-1 | 5/16/06 | Specific equipment. |
| Special Tool & Engineering, Inc. | 20060106489-5 | 6/14/06 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2006125958-3 | 7/19/06 | Specific equipment. |
| Special Tool & Engineering, Inc. | 2006136846-9 | 8/8/06 | Specific equipment. |

## SCHEDULE 11(c)

## LOANS

Advances to Tier e Automotive Group for inter-company tax allocation

## SCHEDULE 11(g)

## LITIGATION

NONE.

## SCHEDULE 11(i)

## AFFILIATE TRANSACTIONS

Management Services Agreement, dated as of May 27, 1999, by and between Borrower and Blue Point Capital Partners (fka Key Equity Capital Corporation.)

Borrower purchases certain plastic parts from Nescor Plastics in arms-length transactions in the ordinary course of business.  Nescor Plastics is 49% owned by Borrower's parent, Tier e Automotive Group, Inc.

## SCHEDULE 11(j)

### NAMES

Worthington Custom Plastics, Inc

SCHEDULE 11(n)

INDEBTEDNESS

| Item Purchased | Creditor | Balance as of 9/30/06 | Type |
|---|---|---|---|
| 2004 Buick Ranier | GMAC | $2,263.09 | Installment loan |
| 2004 Nissan Murano | Nissan Credit Corp | $1,921.68 | Installment loan |
| Injection Molding Machines | MHI Injection Molding Machinery, Inc. | $193,636.16 | Installment loan |
| 2004 Chevrolet Silverado | GMAC | $15,808.89 | Installment loan |
| Implementation costs for upgrade to ADP Payroll system | ADP Commercial Leasing, LLC | $88,546.43 | Installment Loan |

## SCHEDULE 11(p)

## PARENT, SUBSIDIARIES AND AFFILIATES

Parent: 100% owned by Tier e Automotive Group, Inc. ("Tier e")

Subsidiary: BAP, LTD - essentially a shell company with no assets except a tax loss carryforward.

Management Services Agreement, dated as of May 27, 1999, by and between Borrower and Blue Point Capital Partners

Borrower purchases certain plastic parts from Nescor Plastics Corporation ("Nescor") in arms-length transactions in the ordinary course of business.  Nescor is 49% owned by Borrower's parent, Tier e

SCHEDULE 14(f)

INVESTMENTS

NONE

## SCHEDULE 17(a)

## CLOSING DOCUMENT CHECKLIST

LASALLE BUSINESS CREDIT, LLC, as Agent
LOANS TO
BLACKHAWK AUTOMOTIVE PLASTICS, INC.

Closing Date: October 4, 2006

CLOSING CHECKLIST

I.   PARTIES

    A.   LaSalle Business Credit, LLC ("**Agent**")
        2600 West Big Beaver
        Mail Code: M0900-345
        Troy, MI 48084
        Attention: William J. Stewart, First Vice President
        Tel: 248-822-5854
        Fax: 248-822-5809
        E-mail Address:  william.stewart@abnamro.com

    B.   Blackhawk Automotive Plastics, Inc. ("**Borrower**")
        800 Pennsylvania Avenue
        Salem, OH 44460
        Attn:  Clifford W. Crowley
        Tel:  330-332-6344
        Fax:  330-332-6568
        E-mail Address:  cwcroley@blackhawkplastics.com

II.  COUNSEL TO PARTIES

    A.   Agent:

        Vedder, Price, Kaufman & Kammholz, P.C. ("**VP**")
        222 North LaSalle Street, Suite 2600
        Chicago, Illinois 60601

        Attn:  Matthew T. O'Connor
        (312) 609-7539 (Telephone)
        (312) 609-5005 (Facsimile)
        E-Mail Address:  moconnor@vedderprice.com

        Attn:  David P. Kaminski
        (312) 609-7873 (Telephone)
        (312) 609-5005 (Facsimile)
        E-Mail Address:  dkaminski@vedderprice.com

CHICAGO/#1462240.9

B.    <u>Borrower</u>:

Kirkland & Ellis LLP ("KE")
200 East Randolph Street
Chicago, IL 60601

Attn: Christopher Butler
(312) 861-2298 (Telephone)
(312) 861-2200 (Facsimile)
E-Mail Address:  cbutler@kirkland.com

Attn:  Richard Radney
(312) 861-3230 (Telephone)
(312) 861-2200 (Facsimile)
E-Mail Address:  rradnay@kirkland.com

Attn:  Patricia Betterly
(212) 446-4804 (Telephone)
(212) 446-4900 (Facsimile)
E-Mail Address:  pbetterly@kirkland.com

Terms used herein that are not otherwise defined have the meaning ascribed to such terms in the Loan Agreement referenced below.

2

III.    OPERATIVE DOCUMENTS

| | | | Responsibility |
|---|---|---|---|
| A. | LOAN AGREEMENT AND ANCILLARY AGREEMENTS | | |
| | 1. | Loan and Security Agreement ("Loan Agreement") | VP |
| | | a.    Exhibits | |
| | | (i)    Exhibit A - Business and Collateral Locations<br>(ii)    Exhibit B - Compliance Certificate<br>(iii)    Exhibit C - Commercial Tort Claims<br>(iv)    Exhibit D - Form of Assignment and Acceptance Agreement | |
| | | b.    Schedules | |
| | | (i)    Schedule 1 - Permitted Liens<br>(ii)    Schedule 11 (c) - Loans<br>(iii)    Schedule 11 (g) - Litigation<br>(iv)    Schedule 11 (i) - Affiliate Transactions<br>(v)    Schedule 11(j) - Names<br>(vi)    Schedule 11 (n) - Indebtedness<br>(vii)    Schedule 11 (p) - Parent, Subsidiaries and Affiliates<br>(viii)    Schedule 14(f) - Investments<br>(ix)    Schedule 17(a) - Closing Document Checklist | |
| | 2. | Revolving Notes in favor of: | VP |
| | | a.    LaSalle Business Credit, LLC ($15,000,000) | |
| | | b.    Citizens Banking Corp. ($15,000,000) | |
| | 3. | Term Loan A Notes in favor of: | VP |
| | | a.    LaSalle Business Credit, LLC ($5,000,000) | |
| | | b.    Citizens Banking Corp. ($5,000,000) | |
| | 4. | Term Loan B Notes in favor of: | |
| | | a.    LaSalle Business Credit, LLC ($750,000) | |
| | | b.    Citizens Banking Corp. ($750,000) | |

3

| | | | Responsibility |
|---|---|---|---|
| | 5. | Trademark Security Agreement, together with Schedules thereto | VP |
| | 6. | Patent Security Agreement, together with Schedules thereto | VP |
| | 7. | Guaranty of Tier e Automotive Group, Inc. ("Parent") | VP |
| | 8. | Pledge Agreement from Parent with respect to all outstanding capital stock of Borrower, together with Schedules thereto and: | VP |
| | | a.    Stock Powers | VP |
| | | b.    Stock Certificate | Borrower |
| | 9. | Limited Guaranty of Key Equity Capital Corp. ("Key" and together with "Parent", the "Guarantors") | VP |
| | 10. | Certificate of Officer of Borrower attesting to true and complete copies of sale-leaseback documents, in form and substance reasonably acceptable to Agent and Lenders | Borrower |
| | 11. | Officer's Certificate of the Borrower certifying to the following: | Borrower<br>(form provided by VP) |
| | | a.    Accuracy of Representations and Warranties | |
| | | b.    No Event Default or Unmatured Event of Default | |
| | | c.    Such other matters as Agent reasonably requests | |
| | 12. | Solvency Certificate together with: | Borrower<br>(form provided by VP) |
| | | a.    Pro Forma Balance Sheets for Borrower on a consolidated and consolidating basis giving effect to financings; and | |
| | | b.    Projections for Borrower on a consolidated and consolidating bases | |
| | 13. | Opinion of Borrower's and Guarantors' Counsel | KE |
| B. | | REAL ESTATE DOCUMENTS | |
| | 14. | Mortgage/Deed of Trust for the parcel of real property described on Schedule A hereto (the "Mortgaged Property") | VP |

4

| | | | Responsibility |
|---|---|---|---|
| | 15. | Landlord Waivers for the parcels of real property described on <u>Schedule B</u> hereto | Borrower<br>(form provided by VP) |
| | 16. | Bailee Agreements for all bailee/warehouse locations where inventory of Borrower is located | **[Requirement waived by Agent]** |
| | 17. | Environmental Indemnity Agreement with respect to the Mortgaged Property | VP |
| | 18. | Environmental Assessment satisfactory to Agent | Agent |
| | 19. | An ALTA Loan Title Insurance Policy, issued by an insurer acceptable to the Agent, insuring the Agent's lien on the Mortgaged Property and containing such endorsements as the Agent may reasonably require | Borrower |
| | 20. | Copies of all documents of record concerning the Mortgaged Property as shown on the commitment for each ALTA Loan Title Insurance Policy referred to above | Borrower |
| | 21. | A flood certification for the Mortgaged Property | Borrower |
| | 22. | If required pursuant to the applicable flood certification, flood insurance policy for the Mortgaged Property N/A | Borrower |
| | 23. | ALTA Survey for the Mortgaged Property | Borrower |
| | 24. | An Appraisal and Appraisal Report for the Mortgaged Property satisfactory to Agent | Borrower |
| C. | | UCC SEARCHES AND FILINGS | |
| | 25. | UCC, Tax Lien, Judgment and Pending Litigation Searches for Borrower in the following jurisdictions:<br><br>a.    Delaware<br>b.    Ohio<br>c.    Columbiana County, Ohio<br>d.    Wyandot County, Ohio<br>e.    Warren County, Ohio<br>f.    Mahoning County, Ohio<br>g.    Michigan<br>h.    Oakland County, Michigan | VP |

| | | | Responsibility |
|---|---|---|---|
| | 26. | UCC Fixture Financing Statements with respect to the Mortgaged Property to be filed in the counties described on <u>Schedule A</u> hereto | VP |
| | 27. | Pre-filing authorization for UCC-1 Financing Statement for Borrower to be filed with the Delaware Secretary of State | VP |
| | 28. | UCC-1 Financing Statement for Borrower to be filed with the Delaware Secretary of State | VP |
| | 29. | UCC Financing Statement for each Guarantor with respect to Stock Pledge | VP |
| D. | | ITEMS RELATING TO INSURANCE | |
| | 30. | Certificate(s) of Insurance for Borrower (and covering the Mortgaged Property) together with copies of all insurance policies | Borrower |
| | 31. | Lenders' loss payable clause for all property and casualty insurance showing LaSalle Business Credit, LLC, as Agent, as lender's loss payee, together with sole loss payee letter to Agent | Borrower<br>(form provided by VP) |
| | 32. | Assignment of Business Interruption Insurance Policy | Borrower |
| E. | | AUTHORIZING DOCUMENTS | |
| | 33. | Secretary's Certificate for Borrower attaching and certifying as to (i) Certificate of Incorporation, certified by the Delaware Secretary of State as of a recent date, (ii) By-Laws, (iii) Authorizing Resolutions and (iv) Incumbency of Officers | Borrower<br>(form provided by VP) |
| | 34. | Good Standing Certificate (or equivalent) for Borrower from each of the following jurisdictions: | Borrower |
| | | a.    Delaware | |
| | | b.    Ohio | |
| | | c.    Michigan | |
| | 35. | Good Standing Certificate of Parent from Delaware Secretary of State | Borrower |

CHICAGO/#1462240.9

| | | | Responsibility |
|---|---|---|---|
| | 36. | Secretary's Certificate for Parent attaching and certifying as to (i) Certificate of Incorporation, certified by the Delaware Secretary of State as of a recent date, (ii) By-Laws, (iii) Authorizing Resolutions and (iv) Incumbency of Officers | Borrower |
| F. | | **CASH MANAGEMENT; LOAN MANAGEMENT; LETTER OF CREDIT DOCUMENTS** | |
| | 37. | Deposit Account Control Agreements with each of the banks set forth on <u>Schedule C</u> hereto with respect to each deposit account | Borrower (form provided by VP) |
| | 38. | Controlled Disbursement Services Agreement | VP |
| | 39. | Form of Daily Loan Request Form | VP |
| | 40. | Wire Transfer Security Procedures – Telephone | VP |
| | 41. | Waiver Agreement | VP |
| | 42. | LaSalle Lock Box and Blocked Account Agreement (with respect to tri-party agreement among Borrower, Agent and LaSalle Bank National Association) | VP |
| | 43. | Collateral Report Authorization Letter | VP |
| | 44. | Master Letter of Credit Agreement | VP |
| G. | | **PAYOFF AND DISBURSEMENT DOCUMENTS** | |
| | 45. | Authorization to Disburse Loan Proceeds | Borrower (form provided by VP) |
| | 46. | Payoff letter from LaSalle Bank, N.A. regarding satisfaction of existing credit facility | Borrower |
| | 47. | UCC Termination Statements pertaining to satisfaction of existing credit facility with LaSalle Bank, N.A., for the following jurisdiction(s): | Borrower |
| | | a.    Delaware **[Others TBD]** | |
| H. | | **OTHER** | |
| | 48. | Accountant's Reliance Letter | VP |
| | 49. | Sarbanes Oxley Approval Memorandum | VP/Agent |

CHICAGO/#1462240.9

| | | | Responsibility |
|---|---|---|---|
| | 50. | Post-Closing Agreement (if applicable) | VP |
| | 51. | Fee Side Letter | VP |
| | 52. | Appraisal Reliance Letter | Agent |

8

## SCHEDULE A

## MORTGAGED PROPERTY

1.   500 N. Warpole Street
     Upper Sandusky, OH 43351
     County:  Wyandot

## SCHEDULE B

## LOCATIONS OF LEASED REAL PROPERTY

| Location | Lessor |
|---|---|
| 300 Benton Road<br>Salem, OH | Penny Lippiatt |
| 3900 South State Route 741<br>Lebanon, OH 45036 | K.P. Properties of Ohio LLC<br>8340 Carolines Trail<br>Cincinnati, OH 45242 |
| 800 Pennsylvania Avenue<br>Salem, OH 44460<br>County: Columbiana | Stag Capital Partners |
| 4219 Route 42<br>Mason, OH 45040<br>County: Warren | Stag Capital Partners |
| 960 Deneen Ave.<br>Monroe, OH 45050 | K.P. Properties of Ohio LLC<br>8340 Carolines Trail<br>Cincinnati, OH 45242 |
| 101 S. 15th Street<br>Sebring, OH | Zee Tech Warehousing, Inc.<br>101 S. 15th St.<br>Sebring, OH 44672 |
| 1111 W. Long Lake Road<br>Troy, MI<br>[WAIVED BY LASALLE - - SALES OFFICE] | N/A |

10

SCHEDULE C

BANK ACCOUNTS

| Bank | Account Number | Type of Account | Type of Account Agreement |
|------|----------------|-----------------|---------------------------|
| Bank One | 629436544 | | |
| | 629436536 | | |
| LaSalle Bank | 5800339623 | | |
| | 5590055777 | | |
| | 5800339631 | | |
| | 5590090261 | | |
| | 5590091889 | | |

11