07 C 6438

JUDGE PALLMEYER
MAGISTRATE JUDGE BROWN

# EXHIBIT E

# VEDDER PRICE

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
312-609-7500
FAX: 312-609-5005

CHICAGO • NEW YORK CITY • WASHINGTON, DC • ROSELAND, NJ

MICHAEL M. EIDELMAN
312-609-7636
meidelman@vedderprice.com

October 22 2007

**VIA UPS AND U.S. MAIL**

Key Equity Capital Corporation
127 Public Square, Suite 5100
Cleveland, Ohio 44114-1312
Attention: John Kirby / Sean Ward

Re:    **LaSalle/Blackhawk Automotive Plastics, Inc.**

Dear Messrs. Kirby and Ward:

This firm represents LaSalle Business Credit, LLC, as Agent for itself and other lenders ("Lenders") in connection with the (i) Loan and Security Agreement dated as of October 4, 2006 (as amended, modified or restated, the "Loan Agreement"), (ii) Forbearance Agreement and Amendment to Loan Agreement and Letter Agreement dated as of March 28, 2007 (as amended, modified or restated, the "Forbearance Agreement"), (iii) Amended and Restated Limited Guaranty Agreement dated as of August 1, 2007 ("Guaranty"), and (iv) Other Agreements (as defined in the Loan Agreement), as same may have been amended, modified or restated (collectively, the "Loan Documents").

In accordance with the terms of the Loan Documents, Lenders have caused certain loans and other extensions of credit to be made available to Blackhawk Automotive Plastics, Inc. ("Borrower") and Borrower has granted to Lenders, first priority liens on, and security interests in, Borrower's assets to secure all Liabilities (as that term is defined in the Loan Agreement) due under the Loan Documents and all other amounts due and owing to the Lenders, whether now or hereafter due. Pursuant to the terms of the Guaranty, Key Equity Capital Corporation ("Key Equity") irrevocably and unconditionally guaranteed the full and prompt payment of the Guaranteed Obligations (as that term is defined in the Guaranty).

Certain Forbearance Events of Default (as that term is defined in the Forbearance Agreement) exist and are continuing under the Forbearance Agreement; including, without limitation, defaults under Sections 15(b), 15(c) 15(d) and 15(o) of the Loan Agreement. Accordingly, the Forbearance Agreement is hereby terminated and payment of the Guaranteed Obligations is immediately due and payable. If payment of such amounts is not received by Lenders on or before October 26, 2007, Lenders intend on exercising all of their rights and

VEDDERPRICE

Key Equity Capital Corporation
October 22 2007
Page 2

remedies under the Loan Documents, including, without limitation, commencing legal action to compel payment.

Lenders hereby expressly reserve every right, power and remedy specifically provided by the Loan Documents or under other applicable law, now or hereafter existing at law, in equity or by statute and such rights, powers and remedies may be exercised from time to time and as often and in such order as may be deemed expedient by Lenders. The exercise or beginning of the exercise of any such right, power or remedy shall not be construed as a waiver of the right to exercise, at the same time or thereafter, any other right, power or remedy.

If you have any questions concerning the foregoing, please contact the undersigned.

Very truly yours,

Michael M. Eidelman

MME/bjg
cc:     LaSalle Business Credit, LLC
        Citizens Bank Business Finance
        Donald F. Baty, Esq.
        Shawn M. Riley, Esq.

CHICAGO/#1703612.1