FILED
NOVEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:07-cv-06438   Document 3   Filed 11/13/2007   Page 1 of 1

DAJ

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LASALLE BUSINESS CREDIT, LLC

v.

KEY EQUITY CAPITAL CORPORATION

Case Number: **07 C 6438**

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LASALLE BUSINESS CREDIT, LLC

| | |
|---|---|
| NAME (Type or print) | |
| Jeffery M. Heftman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jeffery M. Heftman | |
| FIRM | |
| Vedder, Price, Kaufman & Kammholz, P.C. | |
| STREET ADDRESS | |
| 222 North LaSalle Street | |
| CITY/STATE/ZIP | |
| Chicago, Illinois | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6277637 | 312-609-7728 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |