FILED
NOVEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LASALLE BUSINESS CREDIT, LLC

v.

KEY EQUITY CAPITAL CORPORATION

Case Number: 07 C 6438

JUDGE PALLMEYER
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LASALLE BUSINESS CREDIT, LLC

| | |
|---|---|
| NAME (Type or print) | |
| Michael M. Eidelman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael M. Eidelman | |
| FIRM | |
| Vedder, Price, Kaufman & Kammholz, P.C. | |
| STREET ADDRESS | |
| 222 North LaSalle Street | |
| CITY/STATE/ZIP | |
| Chicago, Illinois | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06197788 | 312-609-7636 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |