FILED
NOVEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>LASALLE BUSINESS CREDIT, LLC<br>v.<br>KEY EQUITY CAPITAL CORPORATION | Case Number:<br>**07 C 6438**<br><br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE BROWN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LASALLE BUSINESS CREDIT, LLC

| | |
|---|---|
| NAME (Type or print) | Randall M. Lending |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Randall M. Lending |
| FIRM | Vedder, Price, Kaufman & Kammholz, P.C. |
| STREET ADDRESS | 222 North LaSalle Street |
| CITY/STATE/ZIP | Chicago, Illinois |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06198407 |
| TELEPHONE NUMBER | 312-609-7564 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐