IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>KEY EQUITY CAPITAL CORPORATION,<br><br>  Defendant. | No. **07 C 6438**<br><br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE BROWN** |

### PLAINTIFF LASALLE BUSINESS CREDIT, LLC'S
### LOCAL RULE 3.2 AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiff LaSalle Business Credit, LLC makes the following affiliates disclosure statement:

1. The sole member of LaSalle Business Credit, LLC is LaSalle National Leasing Corporation, a Delaware corporation, with its principal places of business in Chicago, Illinois and Towson Maryland.

2. Neither LaSalle Business Credit, LLC nor LaSalle National Leasing Corporation are publicly traded corporations.

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: s/ Jeffery M. Heftman
 One of Its Attorneys

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
Dated: November 13, 2007

CHICAGO/#1711457.1