IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LaSALLE BUSINESS CREDIT, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEY EQUITY CAPITAL<br>CORPORATION,<br><br>　　　　Defendant. | CASE NO. 07 C 6438<br><br>JUDGE PALLMEYER<br><br>MAGISTRATE JUDGE BROWN |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR LEAVE TO ANSWER OR OTHERWISE PLEAD

Defendant Key Equity Capital Corporation ("Defendant") by its attorneys McDONALD HOPKINS LLC hereby moves this Court for an order granting it an extension of twenty-one (21) days until February 4, 2008 to move, answer, or otherwise plead to the Complaint and in support thereof states as follows:

1. By waiver executed November 19, 2007, Defendant waived service of the Summons and Complaint, thus extending the answer date to 60 days after November 15, or January 14, 2008. Defendant requests an extension for an additional 21 days until February 4, 2008.

2. The Complaint was received on or about November 16, 2007. Although Defendant had 60 days to answer, this period of time occurred over Thanksgiving and December holidays.

3. The Complaint seeks payment on a guarantee for which Plaintiff is seeking the sum of $4,500,000.00.

4. The documents attached to the Complaint involve a detailed and complex transaction. With the press of other business and intervening holidays, counsel has not had sufficient time to

{1371558:}

review, analyze and properly respond to the Complaint. For these reasons, Defendant requests a limited additional time to move, answer, or otherwise plead to the Complaint herein.

5. Prior to filing this motion, Defendant's counsel requested of Plaintiff's counsel a short extension, which request was denied.

6. Defendant is not bringing this motion to unduly delay Plaintiff in the prosecution of its claim.

WHEREFORE, Defendant KEY EQUITY CAPITAL CORPORATION moves that the Court grant it an additional twenty-one days, up to and including February 4, 2008 to answer or otherwise plead to the complaint.

Respectfully submitted,

KEY EQUITY CAPITAL CORPORATION


By:   /s/ Richard N. Kessler
      One of its Attorneys


**ATTORNEYS FOR DEFENDANT**
McDONALD HOPKINS LLC
Richard N. Kessler  #6183140
R. Jeffrey Pollock
640 N. LaSalle St. Suite 590
Chicago, IL  60610

{1371558:}

## AFFIDAVIT OF SERVICE

I, Richard N. Kessler, hereby certify that on January 10, 2008, I electronically filed Defendant's Notice of Motion and Motion for Extension of Time For Leave to Answer or Otherwise Plead, which will send notice to Jeffery M. Heftman, Vedder, Price, Kaufman, & Kammholz, P.C., 222 North LaSalle St., Suite 2600, Chicago, IL 60601-1003.

<u>Richard N. Kessler</u>
One of the Attorneys for Defendant

{1371558:}