IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| La Salle Business Credit, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6438 |
| v ) | Honorable Pallmeyer |
| ) | Magistrate Judge Brown |
| Key Equity Capital Corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To: Jeffery M. Heftman, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2600
Chicago, Il 60601-1003

On **January 16, 2008** at **8:45 a.m.**, or soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Pallmeyer** or any Judge sitting in that Judge's stead, in the courtroom usually occupied by her in **Room 2119** of the **Dirksen Building, 219 S. Dearborn Street,** Chicago, Illinois, and then and there present **Defendant's Motion For Extension of Time for Leave to Answer or Otherwise Plead,** a copy of which is attached hereto and ask for a hearing thereon *instanter*.

KEY EQUITY CAPITAL CORPORATION

By:   /s/ Richard N. Kessler
One of its Attorneys

**ATTORNEYS FOR DEFENDANT**
McDONALD HOPKINS LLC
RICHARD N. KESSLER #6183140
R. JEFFREY POLLOCK
640 North LaSalle Street, Suite 590
Chicago, Illinois  60610
Telephone: (312) 280-0111
Facsimile: (312)280-8236

{1371566:}

# AFFIDAVIT OF SERVICE

I, Richard N. Kessler, hereby certify that January 10, 2008, I electronically filed **Defendant KEY EQUITY CAPITAL CORPORATION'S Notice of Motion and Motion for Extension of Time for Leave to Answer or Otherwise Plead**, with the Clerk of the Court using the Electronic Case Filing System which will send notification of such filing to the following:

>Jeffery M. Heftman, Esq.
>Vedder, Price, Kaufman & Kammholz, P.C.
>222 North LaSalle Street
>Suite 2600
>Chicago, Il 60601-1003

>/s/ Richard N. Kessler
>One of Its Attorneys

{1371566:}