# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6438 | **DATE** | 1/16/2008 |
| **CASE TITLE** | LaSalle Business Credit, LLC vs. Key Equity Capital Corporation | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for extension of time for leave to answer or otherwise plead [12] granted to and including 2/4/2008. Status hearing set for 1/31/2008 is stricken. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 2/13/2008 at 9:00. Counsel are requested promptly to meet face-to-face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|