IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LaSALLE BUSINESS CREDIT, LLC, | ) | CASE NO. 07 C 6438 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PALLMEYER |
| v. | ) | |
| | ) | |
| KEY EQUITY CAPITAL CORPORATION, | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| Defendant. | ) | |

**STIPULATION BY AND BETWEEN LaSALLE BUSINESS CREDIT, LLC AND KEY EQUITY CAPITAL CORPORATION FOR EXTENSION TO FILE ANSWER**

LaSALLE BUSINESS CREDIT, LLC ("Plaintiff") and KEY EQUITY CAPITAL CORPORATION ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Defendant shall have until February 19, 2008 to file its Answer.

Respectfully submitted,

Richard N. Kessler  #6183140
McDONALD HOPKINS LLC
640 N. LaSalle St. Suite 590
Chicago, IL  60610
(312) 280-0111
ATTORNEYS FOR KEY EQUITY CAPITAL CORPORATION

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
VEDDER PRICE, P.C.
222 North LaSalle St., Suite 2600
Chicago, IL  60601-1003
ATTORNEYS FOR LaSALLE BUSINESS CREDIT, LLC

It is so ORDERED.

February __, 2008                    _____
                                     Judge Rebecca R. Pallmeyer

## AFFIDAVIT OF SERVICE

I, Richard N. Kessler, hereby certify that on February 12, 2008, I electronically filed the **Stipulation By and Between LaSalle Business Credit, LLC and Key Equity Capital Corporation to One-Day Extension to File Answer**, with the Clerk of the Court using the Electronic Case Filing system which will send notification of such filing to the following:

Jeffery M. Heftman
Vedder Price, P.C.
222 North LaSalle St., Suite 2600
Chicago, IL  60601-1003.

                                              /s/ Richard N. Kessler