# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6438 | **DATE** | 2/13/2008 |
| **CASE TITLE** | LaSalle Business Credit, LLC vs. Key Equity Capital Corporation | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, Defendant shall have until 2/19/2008 to file its Answer. Rule 16 conference set for 2/20/2008 is stricken and reset to 3/3/2008 at 9:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|