IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LaSALLE BUSINESS CREDIT, LLC, | ) | CASE NO. 07 C 6438 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PALLMEYER |
| v. | ) | |
| | ) | |
| KEY EQUITY CAPITAL CORPORATION, | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| Defendant. | ) | |

**STIPULATION BY AND BETWEEN LaSALLE BUSINESS CREDIT, LLC AND KEY EQUITY CAPITAL CORPORATION FOR EXTENSION TO FILE ANSWER**

LaSALLE BUSINESS CREDIT, LLC ("Plaintiff") and KEY EQUITY CAPITAL CORPORATION ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Defendant shall have until February 22, 2008 to file its Answer.

Respectfully submitted,

Richard N. Kessler  #6183140  
McDONALD HOPKINS LLC  
640 N. LaSalle St. Suite 590  
Chicago, IL  60610  
(312) 280-0111  
ATTORNEYS FOR KEY EQUITY CAPITAL CORPORATION

R. Jeffrey Pollock # 18707  
McDONALD HOPKINS LLC  
600 Superior Avenue East  
Cleveland, OH 44114  
(216) 348-5400  

Michael M. Eidelman  
Randall M. Lending  
Jeffery M. Heftman  
VEDDER PRICE, P.C.  
222 North LaSalle St., Suite 2600  
Chicago, IL  60601-1003  
ATTORNEYS FOR LaSALLE BUSINESS CREDIT, LLC

It is so ORDERED.

February __, 2008         _____
                          Judge Rebecca R. Pallmeyer

{1403630:}                           1

## AFFIDAVIT OF SERVICE

I, R. Jeffrey Pollock, hereby certify that on February 19, 2008, I electronically filed the **Stipulation By and Between LaSalle Business Credit, LLC and Key Equity Capital Corporation to One-Day Extension to File Answer**, with the Clerk of the Court using the Electronic Case Filing system which will send notification of such filing to the following:

Jeffery M. Heftman
Vedder Price, P.C.
222 North LaSalle St., Suite 2600
Chicago, IL  60601-1003.

      /s/ R. Jeffrey Pollock