IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC,<br><br>  Plaintiff,<br>v.<br><br>KEY EQUITY CAPITAL CORPORATION,<br><br>  Defendant. | No. 07 C 6438<br><br>JUDGE PALLMEYER<br><br>MAGISTRATE JUDGE BROWN |

### PLAINTIFF LASALLE BUSINESS CREDIT, LLC'S NOTICE OF DISMISSAL

Plaintiff, LaSalle Business Credit, LLC, by its attorneys, having reached a settlement agreement with Defendant Key Equity Capital Corporation which resolves all matters as set forth in the Complaint, hereby moves for leave to dismiss its Complaint with prejudice, and without costs or attorney's fees to any party.

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC


By: s/ Jeffery M. Heftman
       One of Its Attorneys

Michael M. Eidelman
Randall M. Lending
Jeffery M. Heftman
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated:  February 22, 2008

CHICAGO/#1750807.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **Plaintiff LaSalle Business Credit LLC's Notice of Dismissal** was served on:

Richard N. Kessler
McDonald Hopkins LLC
640 N. LaSalle Street
Suite 590
Chicago, IL  60610
rkessler@mcdonaldhopkins.com

via electronic service on February 22, 2008.

                                                 s/ Jeffery M. Heftman