## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6438 | **DATE** | 2/25/2008 |
| **CASE TITLE** | LaSalle Business Credit, LLC vs. Key Equity Capital Corporation | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiff's notice, the above cause is dismissed with prejudice, and without costs or attorney's fees to any party. Rule 16 conference set for 3/3/3008 is stricken. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|